IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN RIGHT TO LIFE POLITICAL
ACTION COMMITTEE,

      Plaintiff,

      v.                                                  Case No. 09-CV-764

MICHAEL BRENNAN, in his official capacity as a
member of the Government Accountability Board,
WILLIAM EICH, in his official capacity as a
member of the Government Accountability Board,
GERALD NICHOL, in his official capacity as a
member of the Government Accountability Board,
THOMAS CANE, in his official capacity as a
member of the Government Accountability Board,
THOMAS BARLAND, in his official capacity as a
member of the Government Accountability Board,
GORDON MYSE, in his official capacity as a
member of the Government Accountability Board,
DAWN MARIE SASS, in her official capacity as
Wisconsin State Treasurer, and JOHN T.
CHISHOLM, in his official capacity as Milwaukee
County District Attorney,

      Defendants.

---

MOTION OF COMMON CAUSE IN WISCONSIN, LEAGUE OF
WOMEN VOTERS OF WISCONSIN EDUCATION FUND,
AND WISCONSIN DEMOCRACY CAMPAIGN TO INTERVENE

---

      Common Cause in Wisconsin, League of Women Voters of Wisconsin Education Fund, and Wisconsin Democracy Campaign hereby move the Court, pursuant to Rule 24 of the Federal Rules of Civil Procedure, to intervene in the above-captioned action.

This motion is based on the record herein and is supported by the Memorandum and the Declarations of Jay Heck, Andrea Kaminski, and Mike McCabe submitted herewith.

Dated: February 8, 2010.

        COMMON CAUSE IN WISCONSIN,
LEAGUE OF WOMEN VOTERS OF
WISCONSIN EDUCATION FUND, and
WISCONSIN DEMOCRACY CAMPAIGN

By: /s/ Edwin J. Hughes
Edwin J. Hughes
State Bar Number 1005126
STAFFORD ROSENBAUM LLP
222 West Washington Avenue, Suite 900
Post Office Box 1784
Madison, Wisconsin 53701-1784
608.256.0226
Fax: 608.259.2600
ehughes@staffordlaw.com

David W. Carpenter
Tacy F. Flint
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
312.853.7000
Fax: 312.853.7036
dcarpenter@sidley.com
tflint@sidley.com

Monica Youn
Angela Migally
BRENNAN CENTER FOR JUSTICE AT
 NEW YORK UNIVERSITY SCHOOL OF LAW
161 Avenue of the Americas, 12th Floor
New York, NY 100013
(212) 998-6730
monica.youn@nyu.edu
migallya@exchange.law.nyu.edu