IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN RIGHT TO LIFE POLITICAL
ACTION COMMITTEE, GEORGE MITCHELL,
and WISCONSIN CENTER FOR ECONOMIC
PROSPERITY,

       Plaintiffs,

       v.                                      Case No. 09-CV-764

MICHAEL BRENNAN, in his official capacity as a
member of the Government Accountability Board,
WILLIAM EICH, in his official capacity as a member
of the Government Accountability Board, GERALD
NICHOL, in his official capacity as a member of the
Government Accountability Board, THOMAS
CANE, in his official capacity as a member of the
Government Accountability Board, THOMAS
BARLAND, in his official capacity as a member of
the Government Accountability Board, GORDON
MYSE, in his official capacity as a member of the
Government Accountability Board, DAWN MARIE
SASS, in her official capacity as Wisconsin State
Treasurer, and JOHN T. CHISHOLM, in his official
capacity as Milwaukee County District Attorney,

       Defendants.

RENEWED MOTION OF COMMON CAUSE IN WISCONSIN,
LEAGUE OF WOMEN VOTERS OF WISCONSIN EDUCATION FUND,
AND WISCONSIN DEMOCRACY CAMPAIGN TO INTERVENE

Common Cause in Wisconsin, Wisconsin Democracy Campaign, and League of Women Voters of Wisconsin Education Fund hereby renew their motion to intervene in the above-captioned action pursuant to Rule 24 of the Federal Rules of Civil Procedure.

This motion is based on the record herein and is supported by the Memorandum submitted herewith.

DATED: June 23, 2010.                    By:  */s/ Edwin J. Hughes*
                                         _____
                                         Edwin J. Hughes
                                         State Bar Number 1005126
                                         STAFFORD ROSENBAUM LLP
                                         222 West Washington Avenue, Suite 900
                                         Post Office Box 1784
                                         Madison, Wisconsin 53701-1784
                                         608.256.0226
                                         Fax: 608.259.2600
                                         ehughes@staffordlaw.com

                                         David W. Carpenter
                                         Tacy F. Flint
                                         SIDLEY AUSTIN LLP
                                         One South Dearborn
                                         Chicago, IL 60603
                                         312.853.7000
                                         Fax: 312.853.7036
                                         dcarpenter@sidley.com
                                         tflint@sidley.com

                                         Monica Youn
                                         Angela Migally
                                         BRENNAN CENTER FOR JUSTICE AT
                                           NEW YORK UNIVERSITY SCHOOL OF LAW
                                         161 Avenue of the Americas, 12th Floor
                                         New York, NY 100013
                                         212.998.6730
                                         monica.youn@nyu.edu
                                         migallya@exchange.law.nyu.edu