IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN RIGHT TO LIFE POLITICAL
ACTION COMMITTEE, et al.,

      Plaintiffs,

v.                                                                                            Case No. 09-C-764

MICHAEL BRENNAN, et al.,

      Defendants.

### DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants in the above-captioned matter, by their undersigned legal counsel, hereby move this Court, pursuant to Fed. R. Civ. P. 12(c), for a judgment on the pleadings in their favor on all claims against them in this action. The factual and legal grounds of this motion are fully set forth in Defendants' Brief in Support of Motion for Judgment on the Pleadings, which is being simultaneously filed.

- 2 -

WHEREFORE, defendants respectfully ask the Court to enter judgment in their favor on all six counts in the Amended Complaint and to grant them such further relief as the Court deems appropriate.

Dated this 9th day of July 2010.

        J.B. VAN HOLLEN
        Attorney General

        s/ Thomas C. Bellavia
        THOMAS C. BELLAVIA
        Assistant Attorney General
        State Bar #1030182

        CHRISTOPHER J. BLYTHE
        Assistant Attorney General
        State Bar #1026147

        Attorneys for Defendants

Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
Tel:   (608) 266-8690 (TCB)
       (608) 266-0180 (CJB)
Fax:   (608) 267-2223
Email:  bellaviatc@doj.state.wi.us
        blythecj@doj.state.wi.us

bellaviatc\cases\first amendment cases\election cases\wrtl\pl\2010 07-09 motion for judgmt on pldgs.doc