IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN RIGHT TO LIFE POLITICAL
ACTION COMMITTEE, GEORGE MITCHELL,
and WISCONSIN CENTER FOR ECONOMIC
PROSPERITY,

    Plaintiffs,

v.

MICHAEL BRENNAN in his official capacity as a
member of the Government Accountability Board,
WILLIAM EICH in his official capacity as a
member of the Government Accountability Board,
GERALD NICHOL in his official capacity as a
member of the Government Accountability Board,
THOMAS CANE in his official capacity as a
member of the Government Accountability Board,
THOMAS BARLAND in his official capacity as a
member of the Government Accountability Board,
GORDON MYSE in his official capacity as a
member of the Government Accountability Board,
KURT SCHULLER, in his official capacity as
Wisconsin State Treasurer, JOHN T. CHISHOLM
in his official capacity as Milwaukee County District
Attorney, and BRAD SCHIMEL in his official capacity
as Waukesha County District Attorney,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-CV-764-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered granting defendants' motion for summary judgment, denying plaintiffs' motion for a temporary restraining order and preliminary injunction, and dismissing this case.

_____       3/31/11
Peter Oppeneer, Clerk of Court       Date