#### UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### ORDER

August 1, 2011

*Before*

DANIEL A. MANION, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

DAVID F. HAMILTON, *Circuit Judge*

| No.: 11-1769 | WISCONSIN RIGHT TO LIFE POLITICAL ACTION COMMITTEE, et al., Plaintiffs - Appellants<br><br>v.<br><br>MICHAEL BRENNAN, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 3:09-cv-00764-wmc<br>Western District of Wisconsin<br>District Judge William M. Conley ||

Upon consideration of the **MOTION TO DISMISS APPEAL AS MOOT**, filed on July 1, 2011, by counsel for the appellees,

**IT IS ORDERED** that the motion to dismiss the appeal is **GRANTED**. The appeal is **DISMISSED** as moot, and the case is **REMANDED** to the district court with instructions to vacate its judgment and dismiss the case. *United States v. Munsingwear, Inc.*, 340 U.S. 36, 39 (1950).

form name: **c7_Order_3J**(form ID: **177**)