IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

WISCONSIN RIGHT TO LIFE POLITICAL
ACTION COMMITTEE, GEORGE MITCHELL
And WISCONSIN CENTER FOR ECONOMIC
PROSPERITY,

                            Plaintiffs,                        ORDER

v.

                                                                    09-cv-764-wmc

MICHAEL BRENNAN, in his official capacity as
a member of the Government Accountability Board,
WILLIAM EICH, in his official capacity as a member
of the Government Accountability Board, GERALD
NICHOL, in his official capacity as a member of the
Government Accountability Board, THOMAS CANE,
in his official capacity as a member of the Government
Accountability Board, THOMAS BARLAND, in his
official capacity as a member of the Government
Accountability Board, GORDON MYSE, in his official
capacity as a member of the Government Accountability
Board, DAWN MARIE SASS, in her official capacity as
Wisconsin State Treasurer, JOHN T. CHISHOLM, in
his official capacity as Milwaukee County District
Attorney and BRAD SCHIMEL, in his official capacity
As Waukesha County District Attorney

                            Defendants.

---

Pursuant to order of the Court of Appeals for the Seventh Circuit in the above entitled matter, IT IS ORDERED THAT judgment previously entered in said matter is vacated and this case is dismissed.

Entered this 30st day of August, 2011.

                        BY THE COURT:

                        WILLIAM M. CONLEY
                        District Judge